# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 26, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Kenneth O. Simmons, Jr.
    v. United States
    No. 04-7423
    (Your No. 03-3653)

*00-CR-00050-02 MH*

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 6, 2004 and placed on the docket November 26, 2004 as No. 04-7423.

Sincerely,

William K. Suter, Clerk

by

Sandy Spagnolo
Case Analyst

**FILED**
HARRISBURG, PA

DEC 0 3 2004

MARY E. D'ANDREA, CLERK
Per _____