# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 10, 2005

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA  19106



Re: Kenneth O. Simmons, Jr.
    v. United States
    No. 04-7423
    (Your No. 03-3653)

00-CR-00050-02 MH

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

FILED
HARRISBURG, PA
JAN 2 4 2005
MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

Sincerely,

William K. Suter

William K. Suter, Clerk