Kenneth O. Simmons Jr.
ID #09983-067 Unit Nia-A
F.C.I. Raybrook
P.O. Box 9006
Raybrook, NY 12977


April 15, 2005


Hon. Judge William W. Caldwell
&/ Clerk of the Court
U.S. District Court (Mid PA)
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

RE: U.S. v. Simmons
    1:00-CR-0050-02

---

Requesting Consideration
For a Reduction of Sentence
Pertaining to 18 U.S.C. 3582(c)(2)

---

Dear Hon. Judge William W. Caldwell,

    I'm presenting this letter form Motion to you in request that you please consider reducing my Sentence of 360 months-Life to a more appropriate Sentence of 120 months. Now that the 18 U.S.C. 3742(e) and 18 U.S.C. 3553(b's) which made the Sentencing Guidelines mandatory in the first place, and in which you said at Sentencing on November 29 of the year 2000: "That you were bound by the Sentencing Guidleines", to impose the Sentence that I received from you. Now due to the new Supreme Court ruling in U.S. V. Booker 543 U.S.___, 160 L.ed. 2d 621, 125 S.Ct 738 (2005) the Sentence Guidelines is now considered usable as an advisory in which now you (Hon. Judge William W. Caldwell) have full control of Sentencing at your

own discretion.

At Sentencing it was and is still clearly understood that you did not want to impose the Sentence that you were bound to impose. You stated on Pg. 19 of the Sentencing Transcripts at line 12-15;

> The Court: "Alright Mr. Simmons, this is a very difficult situation I am sure and it is also difficult for me because I don't know if Mr. Cohen [Counsel for Simmons] or anybody else has told you that I am bound to follow the Sentencing Guidelines that Congress has enacted."

And at line 25 of Pg. 19 and Lines 1-4 of Pg. 20 the Court states again;

> The Court: While I don't agree with the Sentencing Guidelines, and I hope somehow that perhaps Mr. Cohen will be successfull on some technical arguments that might result in a reduction of your sentence, I am nevertheless bound to impose the sentence required by law.

It is clear that had the Guidelines been advisory at the time of my Sentencing this Honorable Court would have imposed a lesser Sentence or a more appropriate Sentence instead of the draconian Sentence of 360 months - Life (30 yrs. plus) that it was bound to impose.

Now that this Honorable Court is allowed to reduce a Sentence at it's own discretion when there is a change in the Guidelines that may cause a Sentence to lowered under 18 U.S.C. 3582 (c) 2 and now this Honorable Court may use the Sentencing Guidelines as advisory not mandatory towards Sentencing and Resentencing, I am praying that this Honorable Court have mercy and reduce my Sentence.

Since I've been incarcerated I have received numerous certificates and certifications in the 63 1/2 months (5 yrs. 3 months). I am proud to say that I have done much with my life during my incarceration instead of just doing nothing (as my co-defendant Loner is doing). I can speak and show for myself what I have accomplished: I have completed a 20 month vocational carpentry training program that consisted of 1100 plus hours of hands-on training, now I am a certified carpenter after passing the Federal N.O.C.T.I. exam with flying colors and high above natonal average scores. I'm also certified by Environmental Protection Agency / HVAC as a Universal Agent in the handling of HVAC materials. This course consisted of 3 months. I've also received numerous other certifications in Real Estate, History of War, Parenting, Marriage Counseling in which my wife and I participated, (5) Christian fellowship seminars chosen as a Deacon of The F.C.I. Allenwood Chapel, Sport Activities and Employee of the Month for UNICOR. I'm also a Suicide Prevention Watch Companion with 8 watches to my credit. Now I'm presently an Advanced Math tutor for the

G.E.D. program and also I'm a volunteer for the Children of
Ronald McDonald House Pop-Top Recycling Community Project.
I must say my conduct is also spotless. (Certificates enclosed).

Hon. Judge William W. Caldwell I would like to say that
my life has changed dramatically. I am a re-born Christian
a God fearing man now with principles and of moral standards.
My family has been patient with me though my children are
growing and now my daughter is attending Junior High School
and yes I am proud of my children and would love to return
home to them soon.

So for all the enclosed reasons I respectfully ask and
pray that this Honorable Court agree to reduce my Sentence
due to the new Advisory Standard of applying the Guidelines
and my accomplishments while incarcerated. Along with the
Courts Comments.

Respectfully submitted,

Kenneth O. Simmons

April 18, 2005

(Cont'd.)

It must be noted that I have repeatedly given information against Tommy Claytor to the U.S. Attorney's office, and the State Police of Huntingdon County. I have given information on his to selt Conspiracy (Drug) but since then has been arrested by the DEA and is presently facing federal drug charges. I've agreed to testify if necessary. I'm still willing to. The information I've given's ranges from Dec. 2003 up and to the day of his arrest. I'll testify help the Prosecuters and let the DEA know that Claytor was still active in the drug game even after his incarceration.

I swear under the penalty of Prejury to the truth,

X _____

April 15, 2005

April 7, 2005

To:    Whom it May Concern
From:  Crossroad Bible Institute
Re:    Kenneth Simmons #09983067
       FCI – Raybrook
       P.O. Box 9006
       Raybrook, NY 12977

Dear Sir or Madam,

I am writing on behalf of Kenneth Simmons, who requested that I send a letter of recommendation to you. I am happy to be able to fill this request for Kenneth. By way of introduction, Crossroad Bible Institute has existed for the past 20 years as a ministry that provides solid reentry education. We have over 30,000 students across the country, and we have over 4,000 trained instructors to correct the lessons of the students. Every lesson that the student completes is carefully perused and a letter of encouragement and direction is sent with the corrected lesson back to the student. We keep careful records of each student's progress, and I am able to give you a detailed description of Kenneth's efforts in completing our course.

Kenneth enrolled in Crossroad Bible Institute on May 21, 2001. Since that time, he has successfully completed all 12 lessons of the *Great Truths of the Bible* course and was awarded a certificate of completion. Kenneth was then offered the opportunity to continue his studies in the second level of our curriculum where he works one on one with his own personal Mentor/ Instructor. Kenneth has completed 10 of 10 lessons of the first course, *10 Men You Should Know* and is currently working on lesson 8 of 8 of the second course, *In God We Trust*. Kenneth works on his lessons in a timely manner and completes each lesson with an excellent level of accuracy. This report shows that Kenneth puts forth effort, follows through on his commitments, and works to complete what he sets out to do.

Kenneth has been a faithful student, a joy to work with, and is to be commended on his work thus far. I welcome any questions that you may have regarding his work with Crossroad Bible Institute.

                                                      Sincerely,

                                                      Andrea Grasiewicz
                                                      Reentry Programs Coordinator

P.O. Box 900
Grand Rapids, MI
49509-0900
ph 616-530-1300
fx 616-530-1302

**Crossroad**
BIBLE INSTITUTE

mail@crossroadbible.org
www.crossroadbibleinstitute.org

NOCTI
500 N. Bronson
Big Rapids MI 49307

This Certifies that

## Kenneth O. Simmons Jr.

has completed a NOCTI

Competency Assessment in the field of _____ Carpentry

and is awarded this

# Certificate

for participation in the Occupational testing program conducted

in accordance with the standards of NOCTI and _____ FCI Allenwood

awarded on this _____ Twenty-Second _____ day of _____ January _____ 2004

_William O. Kuo_
Supervisor of Education

_David A. Harper_
Vocational Training Instructor

_Ray Ryan_
Ray Ryan, President/CEO
National Occupational Competency Testing Institute



NOCTI

NATIONAL OCCUPATIONAL
COMPETENCY TESTING
INSTITUTE



UNICOR ALLENWOOD

# Certificate Of Achievement

*This Certifies That*

**Kenneth Simmons**

*Is a recipient of the Union Certificate Of Achievement award for his outstanding contributions to Unicor for the month of May 2001. In recognition of his efforts and performance he will receive a cash bonus along with this certificate.*

Jeff Kruleski, Factory Manager

# CERTIFICATE OF PARTICIPATION

Presented to

## Kenneth Simmons Jr.

for the

### RONALD MCDONALD HOUSE
### POP-TOP RECYCLING COMMUNITY PROJECT
### 2005

*This certificate is hereby issued this Eighth day of April 2005*

Daniel Bickford, Inmate Activities Coordinator

# Certificate of Award

*This certifies that*

## KENNETH SIMMONS, JR

*has completed the required curriculum and assignments to receive certification in*

**Parenting Skills Program – Level I**

*awarded by*

### The Parenting Program

*of*

### The Bethesda Family Services Foundation

Class Hours Completed 18          Date   October 17, 2002

*James Dressler*          *Dominic Herbst*

# Certificate of Award

*This certifies that*

## KENNETH SIMMONS, JR.

*has completed the required curriculum and assignments to receive certification in*

### Parenting Skills Program – Level II

*awarded by*

## The Parenting Program

*of*

## The Bethesda Family Services Foundation

**Class Hours Completed 16**    *Date*  **January 8, 2003**

*James Dressler*
James Dressler

*Dominic Herbst*
Dominic Herbst





# Certificate of Recognition

This certificate is awarded to:

## Kenneth Simmons Jr.

In appreciation for his service
and dedication in playing for
**F.C.I. Allenwood church basketball team.**
*We the Church, Thank you!*

This certificate is hereby issued this 8th day of September, 2003.



J. Beadle, Chaplain



# Certificate of Achievement

This certifies that

## Kenneth Simmons Jr.

has successfully completed

## Personal Investing and Finance

This Certificate is hereby issued this 12th day of November 2003





_____
ACE Coordinator


_____
Education Supervisor

# CERTIFICATE OF ACHIEVEMENT

This certifies that

*Kenneth Simmons Jr*

has successfully completed

## Refrigeration E.P.A.

This Certificate is hereby issued this 12th day of November 2003



_____
Ace Coordinator



# Certificate of Achievement

This certifies that

## Kenneth Simmons Jr.

has satisfactorily completed

## Real Estate

This certificate is hereby issued this 13th day of March 2003.

_William D. Sloe_
Education Supervisor

_ACE Coordinator_

# Certificate of Achievement

This certifies that

## Kenneth Simmons Jr.

has satisfactorily completed

### History of War

This certificate is hereby issued this 13th day of March 2003.

_William D. Cave_
Education Supervisor

_M. M_____
ACE Coordinator

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Kenneth O. Simmons

HAS SUCCESSFULLY COMPLETED TIER 1

## GREAT TRUTHS OF THE BIBLE





**Crossroad**
BIBLE INSTITUTE

September 5, 2002

_____
Date

Dr. David Schuringa
President, Crossroad Bible Institute





# PRISON FELLOWSHIP®
## Ministries

*In recognition of participation in the seminar,*

## Planted By Living Waters
## Marriage Seminar,

## Kenneth Simmons

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10-11 *New Century Version*

_____      _____
Charles W. Colson                      Instructor

_____      11-14-01
Chaplain                              Date





# PRISON
# FELLOWSHIP
*Ministries*

In recognition of participation in the seminar,

_____ GROWING IN CHRIST _____

_____ KENNETH SIMMONS, JR. _____

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10–11 New Century Version

_____          _____
Charles W. Colson                Instructor

_____          _____
Chaplain                         Date   1/26/02





# PRISON FELLOWSHIP
*Ministries*

*In recognition of participation in the seminar,*

**" LOVING OTHERS "**

**KENNETH SIMMONS JR.**

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10-11 New Century Version

Charles W. Colson

Chaplain

Helena Carpenter
Instructor

July 8th, 2001
Date



 PRISON
FELLOWSHIP®
*Ministries*

*In recognition of participation in the seminar:*

**"Love and War"**

**Kenneth Simmons**

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God.
Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10-11 New Century Version

_____              _____
Charles W. Colson                Instructor

_____              4/28/01
Chaplain                         Date

INB10





# PRISON FELLOWSHIP Ministries

*In recognition of participation in the seminar,*

"Y o u   A r e   S o m e b o d y"

Kenneth Simmons, Jr.

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10–11 *New Century Version*

---
Charles W. Colson

---
Chaplain

---
Instructor

1/27/01
---
Date

INBTU

BCM
BIBLE CENTERED
MINISTRIES
INTERNATIONAL

# THE MAILBOX BIBLE CLUB

## Certificate

This is to certify that

**Kenneth Simmons**

has satisfactorily completed Winners A of the Mailbox Bible Club

and is awarded this Certificate.

_Marianne Schuster_
DIRECTOR: MAILBOX BIBLE CLUB
BCM INTERNATIONAL, INC.

CLUB LEADER

Mailbox
Bible Club

# CHRISTIAN GROWTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

## TO

### KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

MasterLife 1:  The Disciple's Cross—LIFE Course

Christian Growth

March 20, 2003

Pastor

President, International Mission Board

President, North American Mission Board

President, LifeWay Christian Resources



Executive Director, Women's Missionary Union

# CHRISTIAN GROWTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

TO

## KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

MasterLife 2: The Disciple's Personality--LIFE Course
Christian Growth

June 3, 2003

*Joseph T. Beale*
Pastor

*[signature]*
President, International Mission Board

*[signature]*
President, North American Mission Board



*James T. Draper, Jr.*
President, LifeWay Christian Resources

*Wanda S. Lee*
Executive Director, Women's Missionary Union

# CHRISTIAN GR(O)WTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

TO

## KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

### MasterLife 3: The Disciple's Victory--LIFE Course Christian Growth

July 14, 2003

_____
Pastor

_____
President, International Mission Board

_____
President, North American Mission Board

_____
President, LifeWay Christian Resources

_____
Executive Director, Women's Missionary Union

# CHRISTIAN GROWTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

TO

## KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

### MasterLife 4: The Disciple's Mission--LIFE Course
### Christian Growth

August 19, 2003

*Joseph T. Banks*
President, North American Mission Board

*[signature]*
President, International Mission Board

*[signature]*
Pastor



*James T. Draper, Jr.*
President, LifeWay Christian Resources

*Wanda S. Lee*
Executive Director, Women's Missionary Union

# PROOF OF SERVICE

I certify that on __April 18, 2005__ (date) I mailed a copy of this brief and attachments via first class mail to the following parties at the addressess listed below:

Hon.Judge William W. Caldwell
&/ Clerk of the Court
U.S. District Court (Mid. PA)
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

U.S. Attorney's Office
Gordon A.D. Zubrod
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on __April 18, 2005__ (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

Dated: _____

Kenneth O. Simmons
ID #05983-067 Unit Nia-A
F.C.I. Raybrook
P.O. Box 9006
Raybrook, NY 12977



RECEIVED

RECYCLER

Hon. Judge William W. Caldwell
c/ Clerk of the Court
U.S. District Court (Mid PA)
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108