FILED
HARRISBURG PA
FEB 22
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Re: Kenneth O. Simmons Sr.
1:CR-00-050-02; Caldwell

[F.C.I LORETTO]

Dear, Clerk of the Court.

I'm writing in request for legal assistance pertaining to the new (2) two point reduction in sentencing pertaining to the Guideline / Crack Sentences, which apply to me. The last attorney that worked and was appointed to my case was Thomas Thornton Esq (Federal Defender) who assisted me on the filing of my 2255 Motion. Arthur Cohen Esq was my Trial and Sentencing attorney. I am in need of legal help, pertaining to the above matter and I am without funds to hire an attorney to represent me, therefore I pray that this court, this Honorable, appoint legal assistance, for the help and filing for the new Dec. 11, 2007 Decision, pertaining to the (2) two point reduction for Crack Sentences.

Thank you for your time and Help,

Kenneth O. Simmons Sr.
#09983-06

KENNETH O. SIMMONS JR. #09983-067
FEDERAL CORRECTIONAL INSTITUTION
"LORETTO"
P.O. BOX 1000
LORETTO, PENNSYLVANIA 15940



Clerk of the Court
U.S. District Court House
Federal Building
228 Walnut Street
Harrisburg, PA 17108