IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff      : | |
| : | |
| vs.      : | CRIMINAL NO. 1:CR-00-50-02 |
| : | |
| KENNETH O. SIMMONS, JR.,<br>    Defendant    : | |

*O R D E R*

AND NOW, this 25th day of February, 2008, IT IS ORDERED that the Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. § 3582(c)(2).

/s/William W. Caldwell
William W. Caldwell
United States District Judge

**FILED**
HARRISBURG, PA

FEB 2 5 2008

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk