March, 3rd 2008

Kenneth O. Simmons
Reg # 09983-067
FCI Loretto
POB 1000
Loretto, Pa. 15940

Judge William Caldwell
United States District Court
228 Walnut Street
Harrisburg Pa. 17108

**FILED**
HARRISBURG, PA

    In Re.: United States v. Kenneth O. Simmons   MAR 1 0 2008
        Docket - 1:cr-00-050-02

Dear Judge,

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

    I am writing this letter in regards to the new Sentencing
Amendment (706), enacted by the United States Sentencing Commission,
which is relevant to my sentence of 360 months.

    I was sentenced on November 29, 2000, after being convicted
of 50 grams or more of cacaine base; and then sentenced to 1.5
Kg or more cocaine base.  This resulted in my sentencing level
being calculated as a level 38, - 360 months to life.  Under
21 U.S.C. § 841 (b)(a) statutory mandate of 20 to life.  This
sentence was a result of a conviction obtained at a jury trial
and pursuant to an Indictment of "50 grams or more of cocaine
base."  Moreover, at sentencing you said (in paraphrase) that
you don not agree with this sentence, but that you were bound
by the guidelines.  Also, you went on to state that - hopefully
something comes along where your attorney can help you get the
sentence lowered.

    It is my understanding and belief that the Amendment permits
such a reduction in my case.  This amendment gives you, the sentencing
court, the authority to reduce my sentence by two (2) levels,
or potentially, even more.  I request that you consider reducing
my sentence to the "Mandatory Minimum" of 20 years, since the
statute (21 U.S.C. §841 (b)(a) carries a 20 to life requirement.

    During my incarceration, I have been productively serving
my sentence that you handed down.  It must be said and noted
that many accomplishments have been achieved on my part and behalf.
My custody record reflects:

    1.    Good conduct during the 8yrs that I have served.

    2.    Numerous certificaton, including:

            a. NOCTI certification (carpentry vocational

       (b. training)

      b. HVAC certification - by the EPA

      c. Le' Cordon Bleu certification in culinary
         arts

      d. NIRSA certification in Football officiating

Also; I have received numerous certificates for:

      a.  Ronald McDonald house charity program

      b.  Parenting I & II

      c.  Marriage Counseling I & II

      d.  Real Estate I & II

      e.  Agression Replacement course Phase I

      f.  Choices Cousres in Conflict Resolution

      g.  Master Life I, II, III, IV,

      and others


    A review of my Presentence Investigation Report will show, as will my Judgement and Commitment from sentencing, that I am eligible for a sentence reduction relative to the new amendment, in that I was never adjudicated or found to be a "Career Offendor."

    Therefore, I respectfully request that you apply the newly available sentence reduction to my Sentence.  Particularly, I request that you reduce my sentence to the 20 year mandatory minimum form the imposed sentence of 30 years.  To the extent that you believe an alternative reduction is in order, a reduction to the low end of the two level amendment reduction would be gratefully accepted.  No one knows my case as well as you do, when it comes to the issue of what sentence is appropriate. Now that the statute returns the discretion of my sentence to you, I trust you will use this power with the utmost care and certitude.


    You have my gratitude for your time and consideration in this matter.


                    Sincerely, Kenneth O. Simmons

                    *Kenneth O Simmons*



# Certificate of Completion

presented to

## KENNETH O. SIMMONS JR.

has successfully completed 9 hours in

# NIRSA
# FOOTBALL OFFICIATING COURSE

This certificate is hereby issued this 25th day of July, 2007.



_____
Supervisor of Recreation

_____
Program Coordinator

LITHO. IN U.S.A.

© 1991 GOES P
All Rights Reserved

# CERTIFICATE OF PARTICIPATION

Presented to

## Kenneth Simmons Jr.

for the

### RONALD MCDONALD HOUSE
### POP-TOP RECYCLING COMMUNITY PROJECT
### 2005

This certificate is hereby issued this Eighth day of April 2005

Daniel Bickford, Inmate Activities Coordinator

UNICOR  ALLENWOOD

# Certificate Of Achievement

*This Certifies That*

**Kenneth Simmons**

*Is a recipient of the Unicor Certificate Of Achievement award for his outstanding contributions to Unicor for the month of May 2001. In recognition of his efforts and performance he will receive a cash bonus along with this certificate.*



_____
Jeff Kruleski, Factory Manager

# Certificate of Achievement

This certifies that

## Kenneth Simmons Jr.

has successfully completed

## Personal Investing and Finance

This Certificate is hereby issued this 12th day of November 2003

_____
ACE Coordinator

_____
Education Supervisor

# Certificate of Completion

## *Kenneth Simmons*

has successfully completed 10 hours of Phase 1

# *AGGRESSION REPLACEMENT*

This certificate is hereby issued this 10th day of October 2005

_____
Program Coordinator

# Certificate of Achievement

### This certifies that

# Kenneth Simmons Jr.

### has satisfactorily completed

## *History of War*

### This certificate is hereby issued this 13th day of March 2003.

_____
**ACE Coordinator**

_____
**Education Supervisor**



# Certificate of Achievement

This certifies that

## Kenneth Simmons Jr.

has satisfactorily completed

## Real Estate

This certificate is hereby issued this 13th day of March 2003.

_William H. Alre_
Education Supervisor

_M. McK___
ACE Coordinator



# CERTIFICATE OF ACHIEVEMENT

This certifies that

*Kenneth Simmons Jr*

has successfully completed

*Refrigeration E.P.A.*

This Certificate is hereby issued this 12th day of November 2003





*W. H. Dane*
Education Supervisor

*M. McKee*
Ace Coordinator

# Certificate

## of

## Completion

Let it be known that

## Kenneth Simmons

has successfully completed the necessary training

to serve as a member of the

Suicide Companion Program at FCI Ray Brook, New York.

December 19, 2006

Ian Finger, Ph.D. Chief Psychologist

# Certificate

## of

## Completion

Let it be known that

## Kenneth O. Simmons, Jr.

has successfully completed the necessary training to serve as a member of the

Suicide Companion Program at FCI Ray Brook, New York.

July 8, 2005

_____

Ian Fluger, Ph.D. Chief Psychologist

# Certificate

## of

## Completion

Let it be known that

# Kenneth Simmons, Jr.

has completed 4 hours of work as a Suicide Companion from November 9 to November 14, 2005 at FCI Ray Brook, New York.

November 15, 2005



Ian Pfluger, Ph.D. Chief Psychologist



# Certificate
## of
## Completion

Let it be known that

# Kenneth Simmons

has successfully completed the necessary training
to serve as a member of the
Suicide Companion Program at FCI Ray Brook, New York.

January 31, 2006

Ian Fluger, Ph.D. Chief Psychologist

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Kenneth O. Simmons

HAS SUCCESSFULLY COMPLETED TIER 1

### GREAT TRUTHS OF THE BIBLE





**Crossroad**
BIBLE INSTITUTE

September 5, 2002
Date

Dr. David Schuringa
President, Crossroad Bible Institute

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Kenneth Simmons

HAS SUCCESSFULLY COMPLETED COURSE 1 OF TIER 2

### TEN MEN YOU SHOULD KNOW



## Crossroad
### BIBLE INSTITUTE

Dr. David Schuringa
President, Crossroad Bible Institute

April 16, 2004                    Date

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Kenneth O. Simmons

HAS SUCCESSFULLY COMPLETED COURSE 2 OF TIER 2

# IN GOD WE TRUST



## Crossroad
### BIBLE INSTITUTE

May 10, 2005

_____
Date

Dr. David Schuringa
President, Crossroad Bible Institute

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Kenneth Simmons, Jr.

HAS SUCCESSFULLY COMPLETED COURSE 3 OF TIER 2

SERMON ON THE MOUNT





**Crossroad**
BIBLE INSTITUTE

December 19, 2005

Dr. David Schuringa
President, Crossroad Bible Institute

Date

# Certificate

## of Completion

Let it be known that

# Kenneth Simmons

has successfully completed the necessary training
to serve as a member of the
Suicide Companion Program at FCI Ray Brook, New York.

July 18, 2006

*Ian Fluger, Ph.D. Chief Psychologist*



THE MAILBOX BIBLE CLUB

Mailbox ✶ Bible Club

Certificate

This is to certify that

*Kenneth Simmons*

has satisfactorily completed Winners A of the Mailbox Bible Club

and is awarded this Certificate.

Marianne Schuster
DIRECTOR: MAILBOX BIBLE CLUB
BCM INTERNATIONAL, INC.

CLUB LEADER

BCM
BIBLE CENTERED
MINISTRIES
INTERNATIONAL

# Certificate of Recognition





This certificate is awarded to:

## Kenneth Simmons Jr.

*In appreciation for his service
and dedication in playing for
F.C.I. Allenwood church basketball team.
We the Church, Thank you!*



This certificate is hereby issued this 8th day of September, 2003.



J. Beadle, Chaplain

Certificate of Recognition

This Certificate is awarded to

Deacon Kenneth Simmons

In appreciation for his faithfulness and
dedication in serving the Christian Body

Praise The Lord

CHAPLAIN J BEADLE

DATE

# CHRISTIAN GR⊙WTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

TO

## KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

MasterLife 1:  The Disciple's Cross--LIFE Course
Christian Growth

March 20, 2003

Pastor

President, International Mission Board

President, North American Mission Board

President, LifeWay Christian Resources

Executive Director, Women's Missionary Union

# CHRISTIAN GR⊙WTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

TO

## KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

MasterLife 2:  The Disciple's Personality--LIFE Course
Christian Growth

June 3, 2003

_____
Pastor

_____
President, International Mission Board

_____
President, North American Mission Board

_____
President, LifeWay Christian Resources

_____
Executive Director, Women's Missionary Union

# CHRISTIAN GROWTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

TO

## KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

**MasterLife 3:  The Disciple's Victory--LIFE Course Christian Growth**

July 14, 2003

Pastor

President, International Mission Board

President, North American Mission Board

James T. Draper, Jr.
President, LifeWay Christian Resources

Wanda S. Lee
Executive Director, Women's Missionary Union

# CHRISTIAN GR🌐WTH STUDY PLAN

*Preparing Christians to Serve*

# CERTIFICATE AWARDED

TO

## KENNETH O SIMMONS

FOR COMPLETION OF THE COURSE OF STUDY

MasterLife 4:  The Disciple's Mission--LIFE Course
Christian Growth

August 19, 2003

_____
Pastor

_____
President, International Mission Board

_____
President, North American Mission Board

_____
President, LifeWay Christian Resources

_____
Executive Director, Women's Missionary Union





PRISON FELLOWSHIP®
*Ministries*

In recognition of participation in the seminar,

*Planted By Living Waters*
*Marriage Seminar,*

## Kenneth Simmons

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God.
Wear God's armor so that you can fight against the devil's evil tricks."*

Ephesians 6:10-11 New Century Version

_____          _____
Charles W. Colson                              Chaplain

_____          _____
Instructor                                           Date  11-14-01



## PRISON FELLOWSHIP
### Ministries

*In recognition of participation in the seminar,*

**"Y o u   A r e   S o m e b o d y"**

---

**Kenneth Simmons, Jr.**

---

*a child of God, is hereby awarded this*

## Certificate of Participation

*"Be strong in the Lord and in his great power. Wear the full armor of God.
Wear God's armor so that you can fight against the devil's evil tricks."*

Ephesians 6:10-11 New Century Version

_Chuck Colson_                                    _William Hughey_
Charles W. Colson                                 Chaplain

_Linda Stuckey_                                   10/27/01
Instructor                                        Date

INBT0



PRISON FELLOWSHIP®
*Ministries*

*In recognition of participation in the seminar,*

**"Love and War"**

**Kenneth Simmons**

*a child of God, is hereby awarded this*

# *Certificate of Participation*

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*
Ephesians 6:10-11 *New Century Version*

Charles W. Colson

Instructor

Chaplain

Date 4/28/01

INBTO

**PRISON FELLOWSHIP**
*Ministries*

*In recognition of participation in the seminar:*

**" LOVING OTHERS "**

**KENNETH SIMMONS JR.**

*a child of God, is hereby awarded this*

*Certificate of Participation*

"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."

Ephesians 6:10-11 New Century Version



Charles W. Colson _____    Chaplain

Instructor    _____

July 8th 2001    Date

PRISON FELLOWSHIP® *Ministries*

*In recognition of participation in the seminar,*

GROWING IN CHRIST

**KENNETH SIMMONS, JR.**

*a child of God, is hereby awarded this*

# *Certificate of Participation*

*"Be strong in the Lord and in his great power. Wear the full armor of God. Wear God's armor so that you can fight against the devil's evil tricks."*

Ephesians 6:10–11 New Century Version

Charles W. Colson

Instructor

Chaplain

Date 1/26/02

INB10

# Certificate of Completion

presented to

## KENNETH SIMMONS JR

has successfully completed 50 hours in

### CULINARY ARTS

This certificate is hereby issued this 30th day of August 2005

_____
Class coordinator

_____
Education Supervisor

© 1999 CK&S P
All Rights Reserved

L'THO. IN U.S.A.

# Certificate of Completion

## Kenneth Simmons, Jr.

*Successfully completed
ten credit hours in*

## Action for Personal Choice
## Part One

*This certificate is hereby issued,
December 23rd, 2005*

_L. Putnam_
*Program Coordinator*

_C. Montanye_
*Supervisor of Education*

# Certificate of Award

*This certifies that*

## KENNETH SIMMONS, JR

*has completed the required curriculum and assignments to*

*receive certification in*

### Parenting Skills Program – Level I

*awarded by*

## The Parenting Program

*of*

## The Bethesda Family Services Foundation

Class Hours Completed 18

Date _____ October 17, 2002

_____
James Dressler

_____
Dominic Herbst

LITHO IN U.S.A.

# Certificate of Award

*This certifies that*

## KENNETH SIMMONS, JR.

*has completed the required curriculum and assignments to receive certification in*

### Parenting Skills Program – Level II

*awarded by*

## The Parenting Program

*of*

## The Bethesda Family Services Foundation

Class Hours Completed 16     *Date*  January 8, 2003

*James Dressler*
James Dressler

*Dominic Herbst*
Dominic Herbst

LITHO IN U.S.A.

# ∽Certificate of Achievement∽

**This certifies that**

**Kenneth Simmons**

**has satisfactorily completed**

## The Purpose Driven Life 40 Day Spiritual Journey

**Consisting of __12__ Hours of Training**

**This certificate is hereby issued this __9th__ day of __August__, 2006**



Anders P. Pedersen, Sr. Chaplain



# ∽Certificate of Achievement∾

**This certifies that**

**Kenneth Simmons Jr.**

**has satisfactorily completed**

**"Marriage: For Lovers Only"**

**Consisting of** _12_ **Hours of Training**

**This certificate is hereby issued this** _15th_ **day of** _May_ ____ **, 2006**



_____
Anders P. Pedersen

_____
Sr. Chaplain

# CERTIFICATE
## of
## COMPLETION

LET IT BE KNOWN THAT

## KENNETH SIMMONS

HAS SUCCESSFULLY COMPLETED THE CHOICES: CONFLICT RESOLUTION
PROGRAM AT THE FEDERAL CORRECTIONAL INSTITUTION, RAY BROOK, NEW YORK

MARCH 3, 2007

IAN FLUGER, CHIEF PSYCHOLOGIST

Kenneth O. Simmons #09983-067
Federal Correctional Institution
"Loretto"
P.O. Box 1000
Loretto, PA. 15940

RECEIVED

PER
HARRISBURG, PA.    DEPUTY CLERK

MAR 1 0 2008

Hon.
Judge William Caldwell
United States District Court
228 Walnut Street, P.O. Box
Harrisburg PA. 17108