IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00050 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| KENNETH O. SIMMONS, JR. | : | (Electronically Filed) |
| | : | |

## CERTIFICATE OF CONCURRENCE

I, Thomas A. Thornton, the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Gordon A.D. Zubrod concurs on behalf of the government in the foregoing Motion to Withdraw as Counsel in Proceedings Related to Crack Cocaine Amendment.

Date: April 1, 2008                    */s/ Thomas A. Thornton, Esquire*
                                       THOMAS A. THORNTON, ESQUIRE
                                       Federal Public Defender
                                       Attorney ID #PA44208
                                       100 Chestnut Street, Suite 306
                                       Harrisburg, PA 17101
                                       Tel. No. (717) 782-2237
                                       Fax No. (717) 782-3881
                                       *<thomas_thornton@fd.org>*
                                       *Attorney for Kenneth O. Simmons, Jr.*