IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00050 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| KENNETH O. SIMMONS, JR. | : | (Electronically Filed) |
| | : | |

### ORDER OF COURT

AND NOW this _____ day of April, 2008, upon consideration of the within Motion for Withdraw of Counsel in Proceedings Related to Crack Cocaine Amendment, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____
WILLIAM W. CALDWELL
UNITED STATES DISTRICT COURT