FILED
HARRISBURG, PA

APR - 9 2008

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

IN THE MIDDLE DISTRICT OF PENNSYLVANIA
UNITED STATES DISTRICT COURT

RE: U.S. VS. SIMMONS
1:00-CR-050-02

## AFFIDAVIT OF TRUTH AND FACTS

I Declare under the penalty of perjury that the following statements are true and correct, not meaning to decieve nor mislead.

I, Kenneth O. Simmons Jr. declare that I have never been charged, indicted, nor convicted of possession, or conspiracy to distribute in excess of 1.5 Kilograms, or in excess of 40 Kilograms of crack cocaine.

I, Kenneth O. Simmons Jr. declare that U.S. Probation department addendum is incorrect and without proof, that I was convicted of in excess of 40 Kilo's of crack cocaine, and without proof that Amendment 706 does not apply.

I, Kenneth O. Simmons Jr., disagree and do not approve of the work and assistance of Esquire Thomas A. Thronton (Public Defender)

I, Kenneth O. Simmons Jr. Disagrees with the United States Attorney's Office change of mind and attempt to revise its response due to the addendum of the U.S. Probation department.

I, Kenneth O. Simmons Jr. Declare that amendment 706 applies and demands a hearing in regards to the detrmination of sentencing and to settle any disputes and challenges, by stating the facts for the record.

_Kenneth O. Simmons Jr._
Kenneth O. Simmons Jr.

1 of 2

State Of Pennsylvania       .
                            .
Cambria County              .
                            .
                            -

### JURAT

Subscribed and sworn to Before me this 26 day of March 2008 A.D. Kenneth O. Simmons personally known to me or upon appearance to be the man whose name subscribed to the within Instrument.

_____                    _____
Notary                                     Kenneth O. Simmons Jr.

Commission Expires

12/5/2011

```
COMMONWEALTH OF PENNSYLVANIA
       Notarial Seal
  Kenneth R. Hite, Notary Public
  Clearfield Twp., Cambria County
 My Commission Expires Dec. 5, 2011
Member, Pennsylvania Association of Notaries
```

Kenneth O. Simmons Jr.
#09983-067
Federal Correctional Institutions
P.O. Box 1000
Loretto PA [15940]

Legal Mail

Clerk of the Court
United States District Courthouse
Federal Building
228 Walnut Street
Harrisburg Pennsylvania [17108]

17108+9400 C000