FILED
HARRISBURG, PA

MAY 13 2008

MARY E. D'ANDREA, CLERK
Per __

Dear Clerk of Court,

I'm writing requesting extended time to appeal the Court's Decision of my 3582(c)2 Motion. Claiming that the District Court erred in determining that it (Amendment 706) does not apply. The Court erred by stating that I was sentenced to 4.5 or more kilos of Crack, Level 38. The Court must accept the Nov. 2000 PSI in to evidence, the Same PSI that this Honorable Court, Judge William Caldwell Accepted at Sentencing on Nov. 29, 2000 Stating that my Sentence is Category V Level 38 1.5 kilos or more, Not Level 38, 4.5 kilos or more. It shows clearly in the PSI the Sentencing of and from the PSI is the Sentence on Record that's been Approved by Judge William Caldwell. My Sentence Should be Level 36 1.5 kilos (with 2 point reduction) minus 30 plus month. Amendment 706 does Apply and this Court Should make a review of the Record (PSI) to see.

May 5th, 2008

Thank you for your time in this matter.

writing this letter from the Solitary Confinement Section of the Prison, no Access to typewriters, pens or copies.

Kenneth Simmons El
#09983067

Kenneth Simmons II
04983-067
Federal Correction Institution
"Loretto"

c: file copy
Loretto PA 15940

JOHNSTOWN PA 159
06 MAY 2008 PM 2 T

United States District
- Office of the Clerk
228 Walnut St Fed
Harrisburg, PA 17108

1710835980