NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT


U.S. DISTRICT COURT: <u>MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG, PA.</u>

U.S. TAX COURT [ ]                                   CIRCUIT COURT
                                                     DOCKET NO. _____
                                                                (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:
                                                     DISTRICT or
**United States of America**                         TAX COURT
        vs.                                          DOCKET NO.  **1:CR-00-00050-002**
**Kenneth O. Simmons, Jr.**

                                                     DISTRICT or
                                                     TAX COURT
                                                     **JUDGE**          **William W. Caldwell**


Notice is hereby given that **Kenneth O. Simmons, Jr.**


appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment

[**X** ] Order [ ] Other (Specify)


entered in this action on: **April 25, 2008**


DATED: **May 15, 2008**


Kenneth O. Simmons, Jr., 09983-067            Gordon A. Zubrod, AUSA
FCI Loretto, Unit Nia-A                       U.S. Attorney's Office
P.O. Box 1000                                 Room 217, Federal Building
Loretto, PA 15940                             228 Walnut Street
                                              Harrisburg, PA 17108
                                              (717) 221-4482
                                              (Tel. No. - U.S. Gov't.)


NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for
appellees cannot be listed on the notice of appeal sheet.

FILED
HARRISBURG, PA

MAY 1 5 2008

MARY E. D'ANDREA, CLERK
Per _____
                Deputy Clerk