**FILED**
HARRISBURG, PA
MAY 23 2008
MARY E. D'ANDREA, CLERK
Per ___

Dear Clerk, 1:00-CR-050-02

Thank you for your patience and time reviewing my situation. And thank you very much for your decision.

Thank you for filing a notice of appeal on my behalf.

Since I am at limited access to the Courts viewing the situation that I am in, I would like to request counsel in the form of Mr. James M. Feldman, Sr. 50 Rittenhouse Place, Ardmore PA 19003. Mr. Feldman is a former counsel of mines that was hired for me to review a sentencing matter in "2005". Therefore I pray that this Court appoint James M. Feldman as counsel (attorney at law) to represent me for this appeal. Due to my right to counsel.

Mr. Thornton did not represent me to the fullest, and to the best of my interest and therefore I didn't agree with his representation. He was excused from my case upon request.

Thank you for your time!

May 19th 2008

Kenneth Simmons El
#09983067

Please file for the record!

Thank you!

Borrell Simmons
30913067
[illegible]
"Loretto"
P.O. Box 1000
Loretto PA 15940

JOHNSTOWN PA 159
20 MAY 2008 PM 1 T

"LET US DARE TO [illegible]
THINK, SPEAK AND [illegible]
John Adams, 1765

Clerk of the Court
United States District Court
U.S. Courthouse
228 Walnut St, P.O. Box 983
[illegible]

17108+9800 CO00



THE LAW OFFICES OF
SAN FRANCISCO   PHILADELPHIA

PRACTICE LIMITED TO FEDERAL CRIMINAL LAW

REPLY TO:

Ardmore
Writer's direct phone number: 610-649-8200
Writer's direct e-mail: JHFeldman@verizon.net

May 8, 2008

Kenneth Simmons
09983-067
FCI Loretto
PO Box 1000
Loretto, PA  15940

Dear Mr. Simmons:

After I read your recent letter, I looked back over my notes concerning your file. I was in the middle of evaluating your case when the money ran out. So I never completed the evaluation. From my brief review of my notes, I see that your case involved cocaine base. As you may know, the Sentencing Commission recently amended the crack guideline and made it retroactive. That means that it may be possible to reduce your sentence. I have enclosed a prisoner alert we prepared on the subject. Since you already filed a lost a § 2255 motion, this is probably your best chance at a lower sentence. If you are interested in retaining the Law Offices of Alan Ellis to look into this for you, I suggest you contact Mr. Ellis at his California office.

Sincerely,
LAW OFFICES OF ALAN ELLIS

By:  James H. Feldman, Jr.

cc:  Mrs. Simmons
     PO Box 435
     Mt. Union, PA  17055

     Alan Ellis, Esq. (via e-mail)

www.alanellis.com

SAN FRANCISCO | 495 MILLER AVENUE, SUITE 201, MILL VALLEY, CA  94941 · P 415.380.2550 · F 415.380.2555 · AELaw1@alanellis.com
PHILADELPHIA  | 50 RITTENHOUSE PLACE, ARDMORE, PA 19003 · P 610.658.2255 · F 610.649.8362 · AELaw2@alanellis.com