IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 1:CR-00-50-02 |
| | : | |
| KENNETH O. SIMMONS, JR., | | |
| Defendant | : | |

*O R D E R*

AND NOW, this 2nd day of June, 2008, it is ordered that Defendant's motion for (doc. 288) appointment of James H. Feldman, Jr, as his lawyer on appeal is denied without prejudice to Defendant's filing a motion for appointment of counsel with the court of appeals.

/s/William W. Caldwell
William W. Caldwell
United States District Judge
