Kenneth Simmons El
09983067
F.C.I. Loretto, P.O. Box 1000
Loretto, PA [15940]

FILED
HARRISBURG, PA
JUN 1 6 2008
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Office of the Clerk
U.S. District Court
228 Walnut St
Harrisburg PA [17108]

Re: Crim. No. 1:CR-00-50-02

Dear Clerk,

I received the denial of my request for James Feldman Jr. as my appointed counsel. And I understand and I'm very thankful for your help in this matter.

If I may request, please appoint (Maybe) Counsel, for me in the person of a Federal Public Defender, I am in dire need of legal help for this appeal. I have no clue where to start without Counsel (help).

Please I am asking your office the District Court to appoint a Court Appointed Counsel to do my appeal.

Thank you!

Please make this part of the record!

