```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff | : | |
| | : | |
| vs. | : | CRIMINAL NO. 1:CR-00-50-02 |
| | : | |
| KENNETH O. SIMMONS, JR.,<br>  Defendant | : | |

*O R D E R*

AND NOW, this 17th day of June, 2008, it is ordered that Defendant's motion for (doc. 291) for appointment of a public defender is denied without prejudice. Defendant is advised that he must file his motion seeking counsel with the Third Circuit Court of Appeals, and not this court.

/s/William W. Caldwell
William W. Caldwell
United States District Judge
