UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO. 1:00-CR-50-2 |
| | : | |
| KENNETH O. SIMMONS, JR., | : | |
| Defendant | : | |

*O R D E R*

AND NOW, this 5th day of September, 2017, in accord with the accompanying memorandum, it is ORDERED that:

> 1. Kenneth O. Simmons, Jr.'s supplemental motion (Doc. 343) to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 782 to the United States Sentencing Guidelines Manual is GRANTED.
>
> 2. Simmons' amended Guideline range, with an Amended Total Offense Level of 32 and a Criminal History Category of V, is 188 to 235 months.
>
> 3. Simmons' previously imposed sentence of imprisonment of 360 months is REDUCED to 220 months' imprisonment.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge
